# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GLADIEUX METALS RECYCLING, LLC | § § § | |
|    *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 3:20-cv-00378 |
| RLC TECHNOLOGIES, INC. | § § § | |
|    *Defendant.* | § | |

**PROPOSED ORDER EXTENDING DISPOSITIVE MOTION DEADLINE**

BEFORE THE COURT is the Parties' Joint Motion for a Brief Continuance of the Dispositive Motion Deadline. Having considered the Motion, the Court concludes that it is meritorious and should be and therefore is GRANTED.

The dispositive motion deadline in this case is extended from August 22, 2022 to September 23, 2022.

SIGNED on Galveston Island this \_\_\_\_ day of _____, 2022.

                                          _____
                                          JEFFREY VINCENT BROWN
                                          UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM:**

| | |
|---|---|
| **ADAMS AND REESE LLP** | **WHITEFORD, TAYLOR & PRESTON, L.L.P.** |
| By:    */s/ Adam Massey (by permission)* <br>       Adam Massey <br>       (Attorney-in-Charge) <br>       State Bar No. 24065690 <br>       S.D. Tex. Id. No. 996074 <br>       Adam.Massey@arlaw.com <br>       **David Toney** (Of Counsel) <br>       State Bar No. 00797561 <br>       S.D. Tex. Id. No. 17174 <br>       David.Toney@arlaw.com <br>       **Brianne Richardson** <br>       State Bar No. 24056500 <br>       S.D. Tex. Id. No. 713680 <br>       Brianne.Richardson@arlaw.com <br>       Jeryn Roberts (Of Counsel) <br>       State Bar No. 24091802 <br>       S.D. Tex. Id. No. 3498977 <br>       Jeryn.Roberts@arlaw.com <br>       1221 McKinney St. <br>       Houston, Texas 77010 <br>       Tel: (713) 652-5151 <br>       Fax: (713) 652-5152 | By:    */s/ Stephen M. Faraci* <br>       Stephen M. Faraci <br>       (Attorney-in-charge) <br>       Virginia Bar No. 42748 <br>       sfaraci@wtplaw.com <br>       Two James Center <br>       1021 East Cary Street, Suite 1700 <br>       Richmond, Virginia 23219 <br>       Telephone: (804) 977-3307 <br>       Fax: (804) 977-3298 <br>       **Michael P. Collins, Jr.** <br>       Maryland AIS No. 1712130701 <br>       mcollins@wtplaw.com <br>       7 Saint Paul Street <br>       Baltimore, MD 21202-1626 <br>       Telephone: (410) 347-9458 <br>       Fax: (410) 223-4385 |
| **ATTORNEYS FOR PLAINTIFF** | |
| | **FOGLER, BRAR, O'NEIL & GRAY, LLP** <br><br>       **Murray Fogler** (of counsel) <br>       S.D. Tex. Bar No. 2003 <br>       State Bar No. 07207300 <br>       mfogler@foglerbrar.com <br>       Robin O'Neil (of counsel) <br>       State Bar No. 20479075 <br>       S.D. Tex. Bar No. 1618035 <br>       roneil@foglerbrar.com <br>       2 Houston Center <br>       909 Fannin, Suite 1640 <br>       Houston, Texas 77010 <br>       Telephone:  (713) 481-1010 <br>       Facsimile: (713) 574-3224 |
| | **ATTORNEYS FOR DEFENDANT** |